An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK LOWELL KIRK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66055

**FILED**

AUG 20 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court denying an appeal from the justice court. First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27498

cc: Hon. James Todd Russell, District Judge
Derek Lowell Kirk
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk